IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DANIEL YOUNG                                                                                          PLAINTIFF

v.                                                          CIVIL ACTION NO. 5:07CV132DCB-JMR

R.J. REYNOLDS TOBACCO COMPANY                                                    DEFENDANT

JUDGMENT OF DISMISSAL

THIS CIVIL ACTION is before the Court on the stipulation of the plaintiff and the defendant for a dismissal of this action without prejudice.  The Court finds that the stipulation is well taken and should be granted.

IT IS THEREFORE ordered and adjudged that this action be and hereby is fully and finally dismissed without prejudice with the parties bearing their respective costs.

SO ORDERED AND ADJUDGED, this the 15th day of September 2008.

   s/David Bramlette
United States District Judge

AGREED & STIPULATED:

/s/ Carroll E. Rhodes
Attorney for plaintiff

/s/ Lewis W. Bell
Attorney for defendant